IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LINDSEY BELL,                                                                                            PLAINTIFF

Vs.                                         4:21CV0748-BRW

WESTSIDE DIALYSIS UNIT, LLC, et al

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered granting Defendant's Motion for Summary Judgment and dismissing Plaintiff's claims with prejudice.

IT IS SO ORDERED this 23rd day of January, 2023.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE